IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **EDUARDO GUADALUPE VIZCAYNO,** **TDCJ No. 2042663,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | Civil Action No. 7:19-cv-083-O |
| **CARL SCHWIRT, et al.,** | § § § | |
| **Defendants.** | § | |

## JUDGMENT

This action came on for consideration by the Court, and the Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED** and **DECREED** that the complaint be, and it is hereby, **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

**SIGNED** this **29th day** of **January, 2021**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**