IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| EDUARDO GUADALUPE VIZCAYNO, TDCJ No. 2042663, | § § § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:19-cv-083-O |
| CARL SCHWIRT, et al., | § § § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's civil rights claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

To the extent that Plaintiff challenges his prison disciplinary case, his claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and with prejudice to being asserted again unless Plaintiff can demonstrate that the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994) have been satisfied.

**SIGNED** this **29th day** of **April, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE